**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6829**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ALBERT DELON REED, JR.,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Florence.  R. Bryan Harwell, District Judge.  (4:94-cr-00383-RBH-1)

Submitted:  November 13, 2018                    Decided:  November 21, 2018

Before MOTZ, DUNCAN, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Albert Delon Reed, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Albert Delon Reed, Jr., appeals the district court's orders denying his motions for a sentence reduction and for reconsideration.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  *See United States v. Reed*, No. 4:94-cr-00383-RBH-1 (D.S.C. June 19, 2018; May 1, 2018).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
